UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT BERG,

                         Plaintiff,

              -v.-

LONG ISLAND RAILROAD COMPANY,

                         Defendant.

22 Civ. 05453 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On **Tuesday, July 18, 2023 at 10:45 a.m.**, the Court will hold a status conference in this matter.  The conference will take place by telephone.  Counsel should join the conference by dialing 646-453-4442 and entering access code 289 045 300 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: July 3, 2023
         New York, New York

JENNIFER H. REARDEN
United States District Judge