UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT BERG,

                           Plaintiff,

            -v.-

LONG ISLAND RAILROAD COMPANY,

                         Defendant.

22 Civ. 5453 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      Pursuant to the Court's Order at ECF No. 20, "[t]he deadline for the parties to complete fact discovery [was] . . . March 20, 2023[,] [and] [t]he deadline for the parties to complete expert discovery [was] . . . May 1, 2023." The parties did not file any motions for summary judgment—or any letters indicating an intent to move for summary judgment—by the subsequent deadline. *See* Fed. R. Civ. P. 56(b) ("Unless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery."). Accordingly, counsel for the parties are directed to appear for a telephonic status conference on **February 7, 2025** at **11:30 a.m.** to discuss a trial date. At the scheduled time, counsel should call (646) 453-4442, access code 711 110 713#. The conference must be attended by the attorneys who will serve as principal trial counsel.

      SO ORDERED.

Dated: January 30, 2025
      New York, New York

                                 JENNIFER H. REARDEN
                                 United States District Judge