UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BERG,<br><br>                              Plaintiff,<br><br>-v.-<br><br>LONG ISLAND RAILROAD COMPANY,<br><br>                              Defendant. | 22 Civ. 5453 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      This case has been placed on the Court's April 8, 2025 trial-ready calendar.  The jury trial will begin on **April 8, 2025** at **9:30 a.m.** or on the Court's first available date thereafter.  The parties shall be ready to proceed, on 48 hours' notice, on or after April 8, 2025.  The parties may e-mail Chambers to learn where their case stands on the calendar.  The parties shall submit copies of all intended exhibits in accordance with Rule 7.G of the Court's Individual Rules.

      By **March 2, 2025**, the parties must file a proposed joint pretrial order in accordance with Rule 7.A of the Court's Individual Rules and Practices in Civil Cases.  On that date, the parties shall also submit all other required pretrial filings, including any motions *in limine*, in accordance with Rule 7.B of the Court's Individual Rules.  Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by **March 9, 2025.**

      The final pretrial conference will be held by telephone on **March 28, 2025** at **12:15 p.m.**  Counsel should join the conference by dialing 646-453-4442 and entering access code 767 208 265 followed by the pound (#) key. The attorneys who will serve as principal trial counsel must participate.

      Any request to test courtroom technology must be made at least five business days before trial.

2

**<u>Failure to comply with deadlines or other terms of this Order may result in sanctions, including the preclusion of evidence, claims, or defenses and/or dismissal of this action.</u>**

SO ORDERED.

Dated: February 10, 2025
       New York, New York

                                                    _____
                                                    JENNIFER H. REARDEN
                                                    United States District Judge