UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BERG,<br><br>                      Plaintiff,<br><br>-v.-<br><br>LONG ISLAND RAILROAD COMPANY,<br><br>                      Defendant. | 22 Civ. 5453 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    The Court is informed that the parties in this action have reached a settlement. *See* ECF No. 44. **Notwithstanding the settlement, the parties shall appear as scheduled for the final pretrial conference on March 28, 2025, and for trial beginning on or after April 8, 2025,** *see* **ECF No. 32, unless and until the parties either (1) file a joint stipulation of dismissal or settlement, or (2) appear in Court and put the material terms of the settlement on the record.** If the parties prefer the latter approach, they should promptly file a letter-motion requesting a conference.

    Failure to confirm settlement by either of the aforementioned methods in a timely fashion may result in the Court "assess[ing] the parties or counsel" with costs relating to calling prospective jurors for trial. Local Civil Rule 47.1.

    SO ORDERED.

Dated: March 25, 2025
       New York, New York

                                                                          _____
                                                                          JENNIFER H. REARDEN
                                                                          United States District Judge